1

HONORABLE RONALD B. LEIGHTON

2

3

4

5

```
_____ FILED _____ LODGED
         _____ RECEIVED

       AUG 29 2011

        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

DARREN BURGESS, individually,

9

Plaintiff,

NO.   C09-5584RBL

10

v.

11

CITY OF LAKEWOOD, a municipal

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

12

corporation, acting through the LAKEWOOD
POLICE DEPARTMENT, and, RYAN
MOODY and DAVID BUTTS,

**Note on Motion Calendar:**
**Friday, August 26, 2011**

13

14

Defendants.

15

16

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, through

17

their respective counsel of record, that the above-entitled matter may be dismissed with prejudice

18

and without cost to any party.

19

/ / /

20

/ / /

21

/ / /

STIPULATION AND ORDER OF DISMISSAL
(C09-5584RBL) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

DATED this 26th day of August, 2011.

CHRISTIE LAW GROUP, PLLC

By _____
ROBERT L. CHRISTIE, WSBA #10895
THOMAS P. MILLER, WSBA #34473
Attorneys for Defendants

VAN SICLEN, STOCKS & FIRKINS

By _____
TYLER K. FIRKINS, WSBA #20964
Attorneys for Plaintiff

## ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is hereby dismissed with prejudice and without cost to any party.

DONE IN OPEN COURT this 29th day of August, 2011.

_____
HONORABLE RONALD B. LEIGHTON
U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL
(C09-5584RBL) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  Presented By:

2  CHRISTIE LAW GROUP, PLLC

3  By

4  ROBERT L. CHRISTIE, WSBA # 10895
   THOMAS P. MILLER, WSBA #34473

5  Attorneys for Defendants

6
   Approved for Entry, Copy Received;
7  and Notice of Presentation Waived:

8  VAN SICLEN, STOCKS & FIRKINS

9  By

10  TYLER K. FIRKINS, WSBA #20964
    Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

STIPULATION AND ORDER OF DISMISSAL
(C09-5584RBL) - 3

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669